UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

UNITED STATES OF AMERICA

'11 JUL -5 A11 :15

v.

INDICTMENT

NO. 5:11CR18-R

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(d)
28 U.S.C. § 2461

**LARICO DEWAYNE GADDIE**

The Grand Jury charges:

## COUNT 1

On or about June 25, 2010, in the Western District of Kentucky, McCracken County, Kentucky, the defendant, **LARICO DEWAYNE GADDIE**, being a person who had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about May 12, 2000, in McCracken Circuit Court, McCracken County, Kentucky, in Case No. 00-CR-00003, Larico Dewayne Gaddie was convicted of first Degree Possession of a Controlled Substance, Cocaine, First Offense, a felony; and/or

> On or about May 31, 2001, in McCracken Circuit Court, McCracken County, Kentucky, in Case No. 00-CR-00166, Larico Dewayne Gaddie was convicted of First Degree Possession of a Controlled Substance, a felony,

knowingly possessed, in a affecting interstate commerce, a firearm; that is, a Smith and Wesson, Model 22A-1, .22 LR caliber pistol, serial number UAZ6016; with one magazine.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

As a result of committing the offense of knowingly possessing a firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), as specifically charged in Count 1 of this Indictment, the defendant, **LARICO DEWAYNE GADDIE,** shall forfeit to the United States all firearms, magazines, and ammunition involved in the commission of said offense, including but not limited to the Smith and Wesson, Model 22A-1, .22 caliber pistol, serial number UAZ6016; with one magazine.

Pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461.

A TRUE BILL.



FOREPERSON

/s/ DAVID J. HALE
DAVID J. HALE
United States Attorney

DJH:DS:110325

UNITED STATES OF AMERICA v. **LARICO DEWAYNE GADDIE**

## PENALTIES

Count 1:  NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release.
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

    Misdemeanor:  $ 25 per count/individual        Felony:  $100 per count/individual
                  $125 per count/other                      $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

   1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

      <u>For offenses occurring after December 12, 1987:</u>

      No **INTEREST** will accrue on fines under $2,500.00.

      **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

      **PENALTIES** of:

      10% of fine balance if payment more than 30 days late.

      15% of fine balance if payment more than 90 days late.

   2.   Recordation of a **LIEN** shall have the same force and effect as a tax lien.

   3.   Continuous **GARNISHMENT** may apply until your fine is paid.

      18 U.S.C. §§ 3612, 3613

         If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 5:11CR18-R

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Paducah Division

THE UNITED STATES OF AMERICA

vs.

LARICO DEWAYNE GADDIE

## INDICTMENT
Title 18 U.S.C. §§ 922(g)(1); 924(a)(2):
**Possession of Firearm by a Convicted Felon.**

*A true bill.*



*Foreman*

*Filed in open court this* 5th day, *of* July, A.D. 2011.

*Clerk*

Bail, $

FILED
JUL 0 5 2011
VANESSA L. ARMSTRONG
BY_____ DEPUTY CLERK